UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY AND ANNUITY SAVINGS FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4, DPW<br>        Plaintiffs<br><br>vs.<br><br>PYTKO CONSTRUCTION CO., INC.,<br>        Defendant<br><br>and<br><br>CITIZENS BANK,<br>        Trustee | C.A. No. 05-10299 |

## NOTICE OF DISMISSAL

Now come the plaintiffs, Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare Fund, et al pursuant to Rule 41(a)(1), Fed.R.Civ.P., to notify the Court that plaintiffs' claim against defendant Pytko Construction Co., Inc. is dismissed with prejudice and without costs.

        Respectfully submitted,

        LOUIS G. RASETTA and JOHN J.
        SHAUGHNESSY, as they are TRUSTEES,
        INTERNATIONAL UNION OF
        OPERATING ENGINEERS LOCAL 4

        TRUST FUNDS, et al,

        By their attorneys,

        <u>/s/ Anne R. Sills</u>
        Anne R. Sills, Esquire
        BBO #546576
        Segal, Roitman & Coleman
        11 Beacon Street
        Suite #500
        Boston, MA 02108
        (617) 742-0208

Dated: April 22, 2005

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above Notice of Dismissal has been served by certified and first class mail upon Pytko Construction Co., Inc. at 654 Eddie Dowling Highway, No. Smithfield, RI 02896 this 22nd day of April, 2005.

        <u>/s/ Anne R. Sills</u>
        Anne R. Sills, Esquire

ARS/ars&ts
3118 04-564/notofdism.doc